RECEIVED
DEC - 4 2007
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| D. ANTHONY EBARB, SR. | CIVIL ACTION NO. 07-1448 |
| VS. | SECTION P |
| RICHARD L. STALDER, ET AL. | JUDGE DOHERTY |
| | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law,

**IT IS ORDERED** that this petition for *habeas corpus* be **DENIED AND DISMISSED WITHOUT PREJUDICE** since it plainly appears that the petitioner has failed to exhaust all available state court remedies.

THUS DONE AND SIGNED, in Chambers, in Lake Charles, Louisiana, on this ____ day of _____, 2007.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE